IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARQUIS JERMANE GODBOLD                                                    PLAINTIFF

            v.                         Civil No. 4:16-cv-04069

KRAIG REYNOLDS                                                             DEFENDANT

## ORDER

Plaintiff Marquis Jermane Godbold proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.    Currently before the Court is Defendant's Amended Motion to Compel Responses to Interrogatories and Requests for Production.  ECF No. 14.  Plaintiff has not responded.

In his Motion, Defendant states he first served Interrogatories and Requests for Production to Plaintiff on January 11, 2017.  Defendant indicates the responses were due by February 13, 2017, and to date Plaintiff has not responded.  The discovery requests were not returned as undeliverable.  On February 14, 2017, Defendants attempted to resolve this discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting his past-due discovery responses.  The correspondence was not returned as undeliverable.  Plaintiff again failed to respond.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests.  Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).  Plaintiff did not request an extension of time to respond to Defendants' discovery requests.  Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 14) is **GRANTED.**  Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00**

**p.m. on Wednesday, April 11, 2017.  Plaintiff is advised that failure to comply with this Order may result in the dismissal of this case.**

**IT IS SO ORDERED this 28th day of March 2017.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE