IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


MARQUIS JERMANE GODBOLD                                    PLAINTIFF

            v.                  Civil No. 4:16-cv-04069

KRAIG REYNOLDS                                             DEFENDANT

## ORDER

Plaintiff Marquis Jermane Godbold filed his complaint *pro se* on July 27, 2016. ECF No. 1. Before the Court is Defendant's Second Motion to Compel. ECF No. 16.

On March 28, 2017, this Court granted Defendants' first motion to compel and ordered Plaintiff to provide Defendants with his past due discovery responses no later than April 11, 2017. ECF No. 15. Plaintiff was advised in this Order that failure to comply may result in the dismissal of his case. Defendants state in their second motion to compel that Plaintiff has not produced any discovery responses to Defendants despite this Court's order to do so. ECF No. 16.

**Accordingly,** Defendant's Second Motion to Compel (ECF No. 16) is **GRANTED. Plaintiff is ORDERED to produce responses to Defendants' discovery requests by June 15, 2017.** Failure to comply with this Order will result in the Complaint becoming subject to summary dismissal for failure to obey an order of the Court.

**IT IS SO ORDERED this 31st day of May 2017.**


                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE